IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kendall Arnold,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Warden of Broad River Correctional Institution,<br><br>　　　　　　Respondent. | C/A No. 2:25-cv-5948-SAL<br><br><br>**ORDER** |

　　　　Petitioner Kendall Arnold ("Petitioner"), a state prisoner proceeding pro se, filed this action pursuant to 28 U.S.C. § 2254. This matter is before the court on the Report and Recommendation (the "Report") of Magistrate Judge Mary Gordon Baker, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending this court dismiss the petition without prejudice and without further leave to amend. [ECF No. 9.] Attached to the Report was a notice advising Petitioner of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 6. Petitioner has not filed objections, and the time for doing so has expired.

　　　　The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

1

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case, the court finds no clear error and **ADOPTS** the Report, ECF No. 9. For the reasons discussed in the Report, the petition is **DISMISSED WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED.**

October 17, 2025
Columbia, South Carolina

Sherri A. Lydon
United States District Judge